UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 10, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGEL ISMAEL RAMIREZ,<br><br>　　　　Defendant. | Case No. 2:20-MJ-00177-CKD-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANGEL ISMAEL RAMIREZ , Case No. 2:20-MJ-00177-CKD-2  Charge 21USC § 846, 841(a)(1) , from custody for the following reasons:

　　　____　Release on Personal Recognizance

　　　____　Bail Posted in the Sum of $ _____

　　　_X_　Unsecured Appearance Bond $  25,000

　　　____　Appearance Bond with 10% Deposit

　　　____　Appearance Bond with Surety

　　　____　Corporate Surety Bail Bond

　　　_X_　(Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on December 10, 2020 at 2:00

By:　*/s/ Allison Claire*

Magistrate Judge Allison Claire